UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSH TODD,

                          Plaintiff(s),        NO. 2:26−cv−00278−RSL

            v.                                 **ORDER SETTING TRIAL DATE
                                               AND RELATED DATES**
AMAZON.COM SERVICES LLC et
al.,

                          Defendant(s).

| | |
|---|---|
| **JURY TRIAL DATE** | **OCTOBER 4, 2027** |
| Deadline for joining additional parties | June 30, 2026 |
| Deadline for amended pleadings | April 7, 2027 |
| Expert Disclosures/Reports under FRCP 26(a)(2) due | April 7, 2027 |
| All motions related to discovery must be noted on the motion calendar no later than the Friday before discovery closes pursuant to LCR 7(d) or LCR 37(a)(2) | |
| Discovery completed by | June 7, 2027 |
| Settlement conference held no later than | June 21, 2027 |
| All dispositive motions must be filed by and noted on the motion calendar for no earlier than twenty−eight days after filing. Replies will be accepted. | July 6, 2027 |

ORDER SETTING TRIAL DATE AND RELATED DATES – 1

| | |
|---|---|
| All motions *in limine* must be filed by and noted on the motion calendar for fourteen days after filing. Replies will be accepted. | September 7, 2027 |
| Agreed pretrial order due | September 22, 2027 |
| Pretrial conference to be scheduled by the Court | |
| Trial briefs, proposed voir dire questions, proposed jury instructions, and trial exhibits due | September 29, 2027 |
| Length of Trial: | 9–10 days |

These dates are set at the direction of the Court after reviewing the joint status report and discovery plan submitted by the parties. All other dates are specified in the Local Civil Rules. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act of event shall be performed on the next business day. These are firm dates that can be changed only by order of the Court, not by agreement of counsel or the parties. The Court will alter these dates only upon stipulation of the parties good cause shown. Failure to complete discovery within the time allowed is not recognized as good cause.

If the trial date assigned to this matter creates an irreconcilable conflict, counsel must notify Teri Roberts, the judicial assistant, at (206) 370–8810 within 14 days of the date of this Order and must set forth the exact nature of the conflict. A failure to do so will be deemed a waiver. Counsel must be preparted to begin trial on the date scheduled, but it should be understood that the trial may have to await the completion of other cases.

The settlement conference conducted between the close of discovery and the filing of dispositive motions requires a face–to–face meeting or a telephone conference

ORDER SETTING TRIAL DATE AND RELATED DATES – 2

between persons with authority to settle the case. The settlement conference does not have to involve a third−party neutral.

### ALTERATIONS TO ELECTRONIC FILING PROCEDURES AND LOCAL RULES

Information and procedures for electronic filing can be found on the Western District of Washington's website at How to E−File | Western District of Washington | United States District Court (uscourts.gov). *Pro se* litigants may file either electronically or in paper form. The following alterations to the Electronic Filing Procedures apply in all cases pending before Judge Lasnik:

− Alteration to Section IV, Paragraph M of the Electronic Filing Prodecures − Unless the proposed order is stipulated, agreed, or otherwise uncontested, the parties need not e−mail a copy of the order to the judge's e−mail address.

− Pursuant to LCR 10(e)(10), all references in the parties' filings to exhibits should be as specific as possible (*i.e.*, the reference should cite the specific page numbers, paragraphs, line numbers, etc.). All exhibits must be marked to designate testimony or evidence referred to in the parties' filings. Filings that do not comply with LCR 10(e) may be rejected and/or returned to the filing party, particularly if a party submits lengthy deposition testimony without highlighting or other required markings.

−Alteration to LCR 7(d)(5) − Any motion *in limine* must be filed by the date set forth above and noted on the motion calendar no earlier than 14 days thereafter. Any response is due 9 days after filing. Parties may file and serve reply memoranda, not to exceed nine pages in length, on or before the noting date.

### PRIVACY POLICY

Pursuant to Federal Rule of Civil Procedure 5.2 and Local Civil Rule 5.2, parties must redact the following information from documents and exhibits before they

ORDER SETTING TRIAL DATE AND RELATED DATES − 3

are filed with the court:

- Dates of Birth – redact to the year of birth, unless deceased

- Names of Minor Children – redact to the initials, unless deceased or currently over the age of 18

- Social Security or Taxpayer Identification Numbers – redact in their entirety

- Financial Accounting Information – redact to the last four digits

- Passport Numbers and Driver License Numbers – redact in their entirety

All documents filed in the above–captioned matter must comply with Federal Rule of Civil Procedure 5.2 and Local Civil Rule 5.2.

## COOPERATION

As required by Local Civil Rule 37(a), all discovery matters are to be resolved by agreement if possible. Counsel are further directed to cooperate in resolving case management issues and preparing the final pretrial order in the format required by Local Civil Rule 16.1, except as ordered below.

## TRIAL EXHIBITS

The original and two copies of the trial exhibits are to be delivered to chambers five days before the trial date. Each exhibit shall be clearly marked. Exhibit tags are available in the Clerk's Office. Plaintiff's exhibits shall be numbered consecutively beginning with 1; defendant's exhibits shall be numbered consecutively beginning with 500. Duplicate documents shall not be listed twice: once a party has identified an exhibit in the pretrial order, any party may use it. Each set of exhibits shall be submitted in one or more three–ring binders with appropriately numbered tabs.

///

///

///

///

ORDER SETTING TRIAL DATE AND RELATED DATES – 4

**SETTLEMENT**

Should this case settle, counsel shall notify the Deputy Clerk as soon as possible. Pursuant to LCR 11(b), an attorney or party who fails to give the Deputy Clerk prompt notice of settlement may be subject to such discipline as the Court deems appropriate.

DATED this 31st day of March, 2026.

Robert S. Lasnik
United States District Judge

ORDER SETTING TRIAL DATE AND RELATED DATES – 5